# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **HFA, INC,** *Plaintiff* | § § § § § § § § | |
| **v.** | | **Case No. 1:23-CV-00794-DII** |
| **ATX PACKAGING LLC,** *Defendant* | | |

## ORDER

Defendant filed its Answer to Plaintiff's Complaint on September 19, 2023. (Dkt. 7). Contrary to this Court's Local Rules, the parties have not yet submitted a joint proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a *joint* proposed scheduling order utilizing District Judge Robert Pitman's form on or before **December 20, 2023**.

**SIGNED** on December 6, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1